<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6570**

JEROME ANDERSON,

                Plaintiff – Appellant,

        v.

A. K. PRUITT, Captain; SUSAN HORAN,

                Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:10-cv-00553-NCT-JEP)

Submitted:  June 13, 2013              Decided:  June 18, 2013

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Anderson, Appellant Pro Se. Robert T. Numbers, II, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Anderson appeals the district court's order accepting the recommendation of the magistrate judge to deny reconsideration of the court's earlier order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Anderson v. Pruitt, No. 1:10-cv-00553-NCT-JEP (M.D.N.C. Mar. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED